D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
FRANCISCO D. CLASE, on behalf of himself and all : Case No.:
other similarly situated, JOSE RODRIGUEZ and : 11 Civ. 5452 (SJF) (ETB)
JOSE JIMENEZ, individually, :
 :
                                       Plaintiffs, : **STIPULATION OF DIMISSAL**
               -against- : **WITH PREJUDICE**
 :
WEST HILLS DAY CAMP, INC., d/b/a :
WEST HILLS DAY CAMP, :
 :
                                    Defendants. :
-------------------------------------------------------------- X

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y
★   JUL 27 2012   ★
LONG ISLAND OFFICE

     **IT IS HEREBY STIPULATED AND AGREED**, by and between the parties in the above captioned action, through their undersigned counsel, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees (other than those specified in the Settlement Agreement).

Dated: Melville, New York
         July 26, 2012

**Shulman Kessler LLP**
*Attorneys for Plaintiffs*

By: _____
    Troy L. Kessler, Esq.
    510 Broadhollow Road, Suite 110
    Melville, New York 11747
    (631) 499-9100

**Law Office of Jeffrey S. Dubin**
*Attorneys for Defendant*

By: _____
    Jeffrey S. Dubin, Esq.
    464 New York Avenue
    Huntington, New York 11743
    (631) 351-0300

**So Ordered:**
s/ Sandra J. Feuerstein
_____
U.S.D.J.

7/27/2012