D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
FRANCISCO D. CLASE, on behalf of himself and
all others similarly situated, JOSE RODRIGUEZ
and JOSE JIMENEZ, individually,

         Plaintiffs,

WEST HILLS DAY CAMP, INC. d/b/a
WEST HILLS DAY CAMP,

         Defendant.
-----------------------------------------------------------------X

Case No.:
11 Civ. 5452 (SJF) (ETB)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   JUL 27 2012   ★

**LONG ISLAND OFFICE**

## [PROPOSED] ORDER

AND NOW, THIS 27th DAY OF JULY, 2012, the Court having reviewed the Complaint in this case filed by Plaintiffs Francisco D. Clase, Jose Rodriguez and Jose Jiminez (the "Plaintiffs"), and Defendant West Hills Day Camp, Inc., (the "Defendant") (collectively the "Parties"), and considered applicable case law, and for good cause shown, it is **ORDERED, ADJUDGED** and **DECREED** that:

1.   The confidential Settlement Agreement & General Release ("Agreement"): (a) is fair to all Parties; (b) reasonably resolves a bona fide disagreement between the Parties with regard to the merits of the Plaintiffs' claims; and (c) demonstrates a good faith intention by the Parties that the Plaintiffs' claims for liability and damages be fully and finally resolved, and not re-litigated in whole or in part at any point in the future. The Agreement is therefore **APPROVED** by the Court.

2.   This lawsuit and the claims of Plaintiffs are **DISMISSED WITH PREJUDICE** in their entirety.

1

3. Each party shall bear his/its own costs, including attorney's fees, except as specifically provided to the contrary in the confidential Agreement.

s/ Sandra J. Feuerstein

UNITED STATES DISTRICT JUDGE